Appellant objected to that portion of the court's charge in which the prior offense was submitted for their consideration.

The verdict specifically found that the appellant had been convicted in the prior case.

This identical situation was presented in Stover v. State, 145 Tex.Cr.R. 426, 168 S.W.2d 871, and such holding requires a reversal of this conviction.

The judgment is reversed and the cause remanded.

No attorney for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of driving while intoxicated with a prior conviction for a like offense; the punishment, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Melquiades **FLORES**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 28262.

Court of Criminal Appeals of Texas.

April 18, 1956.

Opal O. **SMITH**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 28214.

Court of Criminal Appeals of Texas.

March 28, 1956.